# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2025 KW 0634

VERSUS

PETER WEBB, JR.                                       **AUGUST 22, 2025**

---

In Re:    Peter Webb, Jr., applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          2007-CR-481.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

    **WRIT DENIED.**

                                **MRT**
                                **AHP**
                                **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT